**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:24-cr-0001 |
| ) | |
| **JUAN IGNACIO REYES DELGADO** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated July 22, 2024, ECF No. 69, recommending that the Defendant's plea of guilty to Count Two of the Information; a violation of Title 46, United States Code, Sections 70503(a)(1), 70504(b)(2), and 70506(a) and (b) be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 69, is **ADOPTED;** it is further

**ORDERED** that Defendant Juan Ignacio Reyes Delgado's plea of guilty as to Count Two of the Information is **ACCEPTED**, and that Juan Ignacio Reyes Delgado is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **September 20, 2024;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **October 9, 2024;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **October 23, 2024;** it is further

*United States v. Juan Ignacio Reyes Delgado*
Case No. 3:24-cr-0001
Order
Page **2** of **2**

      **ORDERED** that the parties shall file their sentencing memoranda no later than **November 6, 2024;** it is further

      **ORDERED** that a sentencing hearing shall be held on **November 22, 2024, at 10:30 A.M. in STT Courtroom No. 1.**


**Dated:** August 12, 2024                               */s/ Robert A. Molloy*
                                                                    **ROBERT A. MOLLOY**
                                                                    **Chief Judge**